UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV614-121 |
| | ) | |
| GATA'S OF STATESBORO, LLC d/b/a GATA'S SPORTS BAR & GRILL; and CHRISTIAN K. BENNETT, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs Broadcast Music, Inc. and others filed this copyright case on November 19, 2014. Doc. 1. The Clerk entered a default "as to Christian K. Bennett, GATA'S Statesboro, LLC" on December 22, 2014. Doc. 9. There has been no activity in this case since (e.g., a motion for judgment of default under Fed. R. Civ. P. 55). Within 14 days of the date this Order is served, plaintiffs shall show why this case should not be dismissed on Fed. R. Civ. P. 41(b), L.R. 41(b), abandonment grounds.

**SO ORDERED** this  8th  day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA