# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

BROADCAST MUSIC, INC., *et al.*,      )
                                      )
    Plaintiffs,                          )
                                      )
v.                                    )      Case No.  CV614-121
                                      )
GATA'S OF STATESBORO, LLC             )
d/b/a GATA'S SPORTS BAR &             )
GRILL; and CHRISTIAN K.               )
BENNETT, individually,                )
                                      )
    Defendants.                          )

## **O R D E R**

Plaintiffs Broadcast Music, Inc. and others filed this copyright case on November 19, 2014.  Doc. 1.  The Clerk entered default "as to Christian K. Bennett, GATA'S Statesboro, LLC" on December 22, 2014.  Doc. 9.  Months of inactivity led this Court to require plaintiffs to show why this case should not be dismissed on Fed. R. Civ. P. 41(b), L.R. 41(b), abandonment grounds.  Doc. 10.  Plaintiffs have since moved for a default judgment, doc. 12, and explain that they were stalling in hope of settlement.  Doc. 13.  They have thus shown cause why their case should

not be dismissed.  Their motion for default judgment (doc. 12) remains before the district judge.

**SO ORDERED** this *28th* day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA