# United States District Court
## Southern District of Georgia

BROADCAST MUSIC, INC., ET AL.,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-121

GATA'S STATESBORO, LLC d/b/a GATA'S SPORTS BAR & GRILL; and CHRISTIAN K. BENNETT, individually,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiffs' motion for default judgment is GRANTED; therefore, judgment is hereby ENTERED in favor of the Plaintiffs and against the Defendants in the total amount of $44,265.00.

This civil action stands CLOSED.

May 28, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk